# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | STANDING PROCEDURAL ORDER |
| | ) | |
| V. | ) | |
| | ) | CASE NO. 2:07-cr-51 |
| MARK MASSUCCO | ) | |

    If the Supervising U.S. Probation and Pretrial Services Officer is notified and confirms the Defendant absconded from court ordered placement in a community treatment center, inpatient treatment facility or residential placement, the officer shall notify the U.S. Marshal Service for the District of North Dakota. The Court finds there is probable cause under these circumstances for apprehension of the Defendant.

    The Marshal, pursuant to this Order, shall initiate a fugitive investigation to apprehend the Defendant. The U.S. Marshal Service shall notify the Court no later than the next business day of the initiation of the fugitive investigation and obtain a formal arrest warrant for violation of conditions of release.

    IT IS SO ORDERED.

    Dated this 20th day of June, 2007.

*/s/ Alice R. Senechal*
Alice R. Senechal
U.S. Magistrate Judge